IN the MATTER OF the Petition
of Harry W. ANDERSON for
a Writ of Mandamus

No. 377, 2015

Supreme Court of Delaware.

Submitted: July 29, 2015
Decided: September 9, 2015

DISMISSED.

Christopher WEHDE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 217, 2015

Supreme Court of Delaware.

Submitted: July 10, 2015
Decided: September 9, 2015
Reargument Denied September 25, 2015

Court Below—Superior Court of the
State of Delaware, in and for New Castle
County, Cr. ID No. 0804024505

AFFIRMED.

Tyrone WALKER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 69, 2015

Supreme Court of Delaware.

Submitted: June 23, 2015
Decided: September 10, 2015

Court Below: Superior Court of the
State of Delaware in and for New Castle
County Cr. ID No. 1102019692

AFFIRMED.

Shelly HACK, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 104, 2015

Supreme Court of Delaware.

Submitted: July 6, 2015
Decided: September 10, 2015

Court Below—Superior Court of the
State of Delaware in and for Sussex Coun-
ty, Cr. ID Nos. 1408000052, 1406002703

AFFIRMED.